# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| JOSEPH FULSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-0047-CV-W-DW |
| DOLLAR GENERAL STORE, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 15). The Court hereby ORDERS that the above titled case be DISMISSED WITH PREJUDICE, with each Party to bear its own costs.

IT IS SO ORDERED.


Date: February 13, 2007                /s/ DEAN WHIPPLE
                                           Dean Whipple
                                           United States District Court